1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  LEONARDO LUCERO,                    )  Case No. 2:10-CV-01892 JAM-GGH
                                        )
12                 Plaintiff,           )
                                        )
13       v.                             )
                                        )
14  FREMONT INVESTMENT AND LOAN,        )  ORDER GRANTING DEFENDANTS'
    ZOMEK MORTGAGE, MORTGAGE            )  MOTION TO DISMISS
15  ELECTRONIC AND REGISTRATION         )
    SERVICES, INC., WELLS FARGO         )
16  BANK, NA, T.D. SERVICE COMPANY,     )
    LSI TITLE COMPANY and DOES 1        )
17  through 100, inclusive
                                        
18                 Defendants.

19  ─────────────────────────────────────

20       This matter comes before the Court on Defendants' Fremont

21  Investment and Loan, Zomek Mortgage, Mortgage Electronic and

22  Registration Services, Inc., Wells Fargo Bank, NA, T.D. Service

23  Company, and LSI Title Company, collectively ("Defendants") Motion

24  to Dismiss (Doc. 5) Plaintiff Leonardo Lucero ("Plaintiff")

25  Complaint (Doc. 1), pursuant to Federal Rules of Civil Procedure

26  12(b)(6).  Plaintiff did not oppose the Motion to Dismiss.[1]

27  ────────────────────
    [1] This motion was determined to be suitable for decision without
28  oral argument. E. D. Cal. L. R. 230(g).

1    ORDER

2    After carefully considering the papers submitted in this

3 matter, it is hereby ordered that Defendant's Motion to Dismiss is

4 GRANTED, WITH PREJUDICE.

5

6    IT IS SO ORDERED.

7 Dated: January 20, 2011                    _____

8                                            JOHN A. MENDEZ,
                                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28